IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**Residence located 464 Winchester Drive, Stansbury Park, UT 84074** | Case No. 2:24mj83 JCB |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41 FOR WARRANT TO SEARCH AND SEIZE**

**I.  INTRODUCTION AND AGENT BACKGROUND**

I, Jack Marberger, being duly sworn upon oath, hereby declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigations. I am the case agent involved in an ongoing criminal investigation of defendant PRESTON CARR ("CARR") for Wire Fraud and Money Laundering. This affidavit is made in support of an application for a search warrant to effect the previously authorized seizure of two vehicles (and their keys and title documents) as property obtained by defendant CARR with proceeds traceable to wire fraud and money laundering transactions in violation of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. §1957 (Money Laundering).

**II.  JURISDICTION**

2. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

1

### III.  PREMISES TO BE SEARCHED AND PROBABLE CAUSE

3. I make this supplemental affidavit in support of an application for a warrant to search the following premises:

   **Residence located 464 Winchester Drive, Stansbury Park, UT 84074 (hereinafter, the "Target Premises"), as more fully described in Attachment A,**

   for two vehicles and their associated keys and title documents. As set forth below and in the Affidavit in Support of Application for a Seizure Warrant, which was sworn out before this Court on January 23, 2024, in case numbers 2:24mj60 JCB and 2:24mj61 JCB (hereinafter, the "Original Affidavit"), I have probable cause to believe that such property and items, as described in Attachment B, are currently located at the Target Premises.  For purposes of establishing probable cause, I hereby adopt and incorporate the Original Affidavit, and provide the following additional information:

4. On January 23, 2024, the Honorable Magistrate Judge Jared C. Bennett authorized two (2) seizure warrants for a 2019 Jaguar E Pace SUV and a 2016 Toyota Camry vehicle, in connection with this investigation. *See* Seizure Warrants, case numbers 2:24mj60-JCB and 2:24mj61-JCB.

5. On or about January 24, 2024, defendant CARR failed to appear in court as required for an initial appearance and arraignment on the indictment in case number 2:23-cr-455-HCN. An arrest warrant was issued by the Honorable Magistrate Judge Jared C. Bennett.

6. On January 30, 2024, I and other federal law enforcement agents arrived on scene at the Target Premises, which is the known residence of defendant CARR, to execute the arrest warrant and seizure warrants.

7. Upon arriving on scene, law enforcement made entry into the Target Premises. Defendant PRESTON CARR was found deceased with an apparent self-inflicted gunshot wound in a bedroom. In the kitchen, the title to both vehicles that are the subject of the seizure warrants, and the keys to both vehicles, were observed next to your affiant's business card with a handwritten note on the back of the business card.

8. Both vehicles that are the subject of the seizure warrants (2019 Jaguar E Pace SUV and a 2016 Toyota Camry vehicle) were observed in the garage, which is connected to the Target Premises.

9. There are no other occupants of the Target Premises. Law enforcement is currently on scene at the Target Premises, awaiting this search warrant to effect the seizure of the vehicles, the vehicle keys, and title documents.

10. Based on the Original Affidavit and this Supplemental Affidavit, I submit there is probable cause to believe that the 2019 Jaguar E Pace SUV and a 2016 Toyota Camry vehicle constitute proceeds of wire fraud and money laundering, and the vehicles, their keys, and title documents, as described in Attachment B-1, are subject to seizure and will be found at the Target Premises described in Attachment A.

                                              /s/ *Jack Marberger*
                                              Jack Marberger
                                              Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, on this 30th day of January, 2024.

_____
United States Magistrate Judge

3

## ATTACHMENT A

**Residence located 464 Winchester Drive, Stansbury Park, UT 84074**

Description: The property is located at 464 Winchester Drive, Stansbury Park, UT 84074. The residence, pictured below, faces north, and has the numbers 464 on the house and the curb. The house is beige in color and the primary construction of the house is wood framed, with stucco and brick exterior. It has a two-car attached garage and is fenced around the property.



## ATTACHMENT B

## ITEMS TO BE SEIZED

The following items and documents are to be seized wherever they may be stored or found on the premises, as assets subject to criminal and civil forfeiture:

- a 2019 Jaguar E Pace SUV, VIN: SADFM2GX0K1Z42547;

- a 2016 Toyota Camry, VIN: 4T1BF1FK1GU265272;

- Keys to operate the 2019 Jaguar E Pace SUV, VIN: SADFM2GX0K1Z42547;

- Keys to operate the 2016 Toyota Camry, VIN: 4T1BF1FK1GU265272; and

- Title documents for the 2019 Jaguar E Pace SUV, VIN:SADFM2GX0K1Z42547 and 2016 Toyota Camry, VIN: 4T1BF1FK1GU265272.